JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ADAM GHADIRI,<br><br>           Plaintiff,<br><br>     v.<br><br>HOME DEPOT, a California business; FRANCIS BLAKE, an individual; HD DEVELOPMENT OF MARYLAND, INC., a foreign corporation,<br><br>           Defendants. | Case No. 8:19-cv-01222-RGK-SS<br>Honorable R. Gary Klausner<br><br>[~~PROPOSED~~] JUDGMENT<br><br><br>Action Filed:    June 19, 2019<br>Trial Date:      None Set |

Judgment is hereby entered in favor of Defendants Home Depot and HD Development Of Maryland, Inc. ("Defendants") and against Plaintiff Adam Ghadiri ("Plaintiff"), pursuant to the Court's order dated May 21, 2020, granting Defendants' Motion for Summary Judgment.

Plaintiff's lawsuit is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: June 12, 2020

_____
The Honorable R. Gary Klausner

SMRH:4827-9229-3823.1                                                         [PROPOSED] JUDGMENT